The People of the State of New York, Respondent, v. Willis H. Cosad and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.